# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, and ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation, FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>     Plaintiffs,<br><br>     v.<br><br>CENTEX HOMES, a Nevada partnership; and DOES 1 through 10 inclusive,<br><br>     Defendants. | Case No. ED CV 12-00496 VAP (SPx)<br><br>**ORDER OF DISMISSAL**<br>_____<br><br>**The Hon. Virginia A. Phillips**<br><br>Trial Date:     April 23, 2013 |
| CENTEX HOMES, a Nevada partnership,<br><br>     Counterclaimant,<br><br>     v. | |

[PROPOSED] ORDER OF DISMISSAL

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al.,

           Counterdefendants.

Pursuant to the stipulation of the parties, **IT IS ORDERED** that Travelers Property Casualty Company of America, St. Paul Fire and Marine Insurance Company, Fidelity & Guaranty Insurance Company and The Travelers Indemnity Company of Connecticut's Complaint in this action be dismissed, with prejudice.

**IT IS FURTHER ORDERED** that Centex Homes' Counterclaim also be dismissed, with prejudice.

Dated: May 01, 2013

*Virginia A. Phillips*

Judge, United States District Court

Respectfully submitted by:
PAYNE & FEARS LLP
Scott S. Thomas, Bar No. 106720
sst@paynefears.com
J. Kelby Van Patten, Bar No. 167553
kvp@paynefears.com
Jeffrey M. Hayes, Bar No. 246511
jmh@paynefears.com
Attorneys at Law
Jamboree Center, 4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant and Counterclaimant
CENTEX HOMES, a Nevada partnership

4846-1557-6339.1